**Order entered April 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00043-CV

**AMADOR GARZA AND OLGA GARZA, INDIVIDUALLY AND AS NEXT FRIENDS OF A.G., A MINOR, Appellants**

**V.**

**DANE R. FLIEDNER, M.D., Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-12-03722-B**

## ORDER

We **GRANT** appellants' April 17, 2014 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than May 21, 2014.  No further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
            JUSTICE